THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT J. BLACKSTONE, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued March 13, 1923; decided April 17, 1923.)

APPEAL from a judgment of the Bronx County Court, rendered June 30, 1922, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Louis C. Hartman, Joseph H. Hayes* and *Luke J. Le Rolle* for appellant.

*Edward J. Glennon, District Attorney* (*Albert Cohn* and *George B. DeLuca* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: POUND, J.